FILED

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0120



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0120

BOBBY FRANCIS LOWRY,

      Petitioner and Appellant,

v.

                                  **ORDER OF MEDIATOR APPOINTMENT**

MONTANA DEPT. OF LABOR, STATE
ELECTRICAL BOARD,

      Respondent and Appellee.

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    IT IS ORDERED THAT **David Kim Wilson, Jr.,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this March 22, 2024.

                                            Bowen Greenwood, Clerk of the Supreme Court

c:    Bobby Francis Lowry, V, Labor and Industry, Montana Department of, Austin Miles Knudsen, Quinlan L. O'Connor, David Kim Wilson, Jr.